UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------------------x
                                                      :
UNITED STATES OF AMERICA         :    Crim. No. 3:20CR20(VLB)(WIG)
                                                      :
          v.                                          :
                                                      :
CHRISTOPHER CARTER                :    February 7, 2020
                                                      :
------------------------------------------------------x
```

## FINDINGS AND RECOMMENDATION ON A PLEA OF GUILTY

The captioned matter was referred to the undersigned by United States District Judge Vanessa L. Bryant, and a hearing was conducted on February 7, 2020, in open court and on the record, with the written consent of the defendant, counsel for the defendant and counsel for the United States, regarding the defendant's request to enter a plea of "Guilty" to Count One of the Information charging him with possession of a firearm by a felon in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). Based upon the answers given by the defendant under oath and in the presence of counsel; the remarks of defense counsel and counsel for the government; and the written representations in the plea agreement and the plea petition; I find the following:

- that the defendant is competent to plead;

- that he understands the charges against him;

- that he knows he has the right to be represented by counsel at trial and at

1

every other stage of the proceeding, and is satisfied with his current counsel;

- that he understands his right to trial, including the right to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses;

- that he knows the maximum possible sentence including the maximum possible terms of imprisonment and supervised release, the mandatory minimum terms of imprisonment and supervised release, the maximum potential fine that could be imposed and the resulting forfeiture set forth in the plea agreement;

- that he knows that the Court is obligated to consider the advisory sentencing guidelines range, possible departures under the sentencing guidelines, and other sentencing factors under applicable sentencing law, and that any factual disputes at sentencing will be resolved by the Court by a preponderance of the evidence;

- that he understands the potential immigration consequences and the other collateral consequences of a felony conviction;

- that he knows he will not be permitted to withdraw his plea of guilty if the sentence imposed is other than he anticipates;

- that he understands his right to appeal;

- that there is a factual basis for the defendant's plea; and

- that the defendant's waiver of rights and plea of guilty have been knowingly and voluntarily made and not coerced.

The Court also finds that, to the extent the requirements of 18 U.S.C. § 3771

apply in this matter, the government has met its obligations under that provision.

Accordingly, I hereby RECOMMEND that the defendant's plea of guilty be accepted.

Dated this 7th day of February, 2020, at New Bridgeport, Connecticut.

_____
William I. Garfinkel,
United States Magistrate Judge